IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA-ATLANTA DIVISION



FILED IN CLERK'S OFFICE

AUG 17 2010

JAMES BEY©™,
misnomer JAMES DEMARCO BOGAN©™,

CASE NO. 110-CV-1321
Article 1 Section 9
Constitutional Habeas Corpus
O.C.G.A. § 1-2-1

Noble: James :Bey©™

*Plaintiff*

V.

STATE OF GEORGIA, HOSEA WILLIAMS BONDING CO.,
JUDGE TANGELA BARRIE, AND STATE OF GEORGIA'S
ASSOCIATED SOLICITOR 'ET AL'

*Defendant*

---

### JUDICIAL NOTICE EXHIBIT(S)

---

# 'AFFIDAVIT NOTICE TO THE JUDGE TANGELA BARRIE *esq.* OF THE DEKALB COUNTY SUPERIOR COURT' *"SEE ATTACHMENT"*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA-DIVISION

CASE FILE NO. 110-CV-1321

JAMES BEY
misnomer JAME DEMARCO BEY
Noble: James :Bey
Plaintiff, Affiant, Friend of the Court

v.

STATE OF GEORGIA, JUDGE TANGELA BARRIE *sic*,
'ET AL'
DEFENDANTS

## AFFIDAVIT CERTIFICATE QUANTUM-CLAIM OF DAMAGES PURSUANT TO 42 USC SECTIONS 1986, 46 USC SECTIONS 781, and FRCP RULE 60(b):

NOTICE TO AGENT(S) IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S)

1. AFFIANT AFFIRMS THAT HE HAS BEEN **CURRENTLY DAMAGED** BY THE STATE OF GEORGIA'S UNICORPORATED ASSOCIATION~ DEKALB COUNTY SUPERIOR COURT JUDGE TANGELA BARRIE, WHOM OF WHICH HAD KNOWLEDGE OF AFFIANT'S POLITICAL-STATUS, AND PROCEEDED TO VIOLATE AFFIANT'S CONSTITUTIONAL RIGHTS, IN LIEU OF **JURISDICTION**;

2. AFFIANT CONTENDS **UNDER PENALTIES OF PERJURY, WITH FIRSTHAND WITNESSES** *See Affidavit Of Fact* THAT HE HAS BEEN KIDNAPPED, BY DEKALB COUNTY SHERIFF'S UNIDENTIFIED MASKED AGENTS, WHILE IN THE COMFORT OF HIS HOME, ON THE **25TH** DAY OF THE MONTH: **JUNE**, IN THE GREGORIAN CALENDAR YEAR: **2010**, CURRENTLY HELD AS A SURETY, CONTRARY TO THE DEKALB COUNTY SHERIFF'S OFFICE ARRESTING AGENT'S REPORT; WHEREBY, PLAINTIFF SEEKS **REMEDY**, FOR VIOLATION OF HIS CONSTITUTIONAL RIGHTS, FOR THE ENDANGERMENT OF HIS HEALTH, LIFE, AND WELL BEING;

3. **AFFIANT AFFIRMS UNDER PENALTIES OF PERJURY THAT HE DID NOT RECIEVE ANY NOTIFICATION WHATSOEVER** IN THE MAIL, BY EMAIL, NOR BY PHONE REGARDING ANY SCHEDULED COURT APPEARANCES IN RELATIONS TO THE **'DISCOVERED'** UNLAWFULLY ISSUED **' ARREST WARRANT'** PRODUCED AGAINST AFFIANT; WHEREIN AFFIANT DOES HEREBY CHALLENGE **TANGELA BARRIE** *Esq.*, TO PRODUCE THE CONTRARY **WITHIN 72 HOURS**, UPON RECEIPT, AND OR CONFESS *VIA HER SILENCE* TO THE ESTIMATED QUANTUM-CLAIM OF DAMAGES, WITH ACCRUED INTEREST **HEREBY ESTABLISHED** AGAINST HER, IN FAVOR OF THE AFFIANT'S VALUED AMOUNT FOR TIME LOSS THEREBY;

4. AFFIANT AFFIRMS, UNDER PENALTIES OF PERJURY THAT HE **IS CURRENTLY BEING DAMAGED**, DUE TO **TIME LOSS** ESTABLISHED BY TANGELA BARRIE, AFTER ACKNOWLEDGING THE FACT THAT THE CASE FILENO. **09-CR-4012-10** MATTER, HAD ALREADY CHANGED JURISDICTION, AND VENUE, ALLOWING NO VENUE FOR THE STATE OF GEORGIA'S UNINCORPORATED ASSOCIATION~ CITY OF DEKALB COUNTY SUPERIOR COURT TO PROCEED, THEREBY CONFESSING A VIOLATION OF AFFIANT'S 'DUE PROCESS' RIGHTS;

AFFIDAVIT CERTIFICATE QUANTUM-CLAIM OF DAMAGES

## NOTARY ACCEPTOR

THE USE OF A NOTARY IN THIS MATTER IS TO ESTABLISH CERTIFIABLE, AND IDENTIFIABLE FACTS BY EVIDENTIAL KNOWLEDGE WITHIN THIS MATTER, AND DOES NOT HINDER ANY FACTUAL STATEMENTS CONVEYED, THAT ARE TRUE, CORRECT AND COMPLETE, ACCORDING TO THE IDENTIFIABLE PROOF WITHIN SAID CONTRACT BY AFFIANT AND OR AUTHORIZED WITNESS-PARTY HEREOF;

Notary: _[signature]_     My Commission Expires _2-15-14_

Date: _7-29-10_     (SEAL)     Affiant or Next of friend: _[signature] Bey_

Witness: _[signature]_     Witness: _[signature]_

c/o: James Bey Trust
3445 Herschel Road
College Park, Georgia 30337

[Notary Seal: JACQUES H JOHNSON, MY COMMISSION EXPIRES FEBRUARY 15, 2014, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]

2

AFFIDAVIT CERTIFICATE QUANTUM-CLAIM OF DAMAGES