# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA-ATLANTA DIVISION

JAMES BEY©™,

**misnomer JAMES DEMARCO BOGAN©™,**

Noble: James :Bey©™

*Plaintiff*

V.

STATE OF GEORGIA, HOSEA WILLIAMS BONDING CO., JUDGE TANGELA BARRIE, AND STATE OF GEORGIA'S ASSOCIATED SOLICITOR 'ET AL'

*Defendant*

CASE FILE NO. 110-CV-1321

I Section 9
Constitutional Habeas Corpus
O.C.G.A. § 1-2-1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 23 2010

JAMES N. HATTEN, CLERK
J. Brannon, Deputy Clerk

---

## JUDICIAL NOTICE EXHIBIT(S)

**EXHIBIT KNOWLEDGE AND PROOF REFERENCING PLAINTIFF'S 'CHANGE OF ADDRESS', NOTICE KNOWLEDGE REFERENCED**

TO THE CLERK LINDA CARTER OF THE DEKALB COUNTY SUPERIOR COURT, AND SHERIFF THOMAS BROWN OF DEKALB COUNTY, AS TO PLAINTIFF'S 'GRIEVANCE', IN LIEU OF 'UNLAWFUL DETAINMENT', FOR 'IMMEDIATE RELIEF' BY PLAINTIFF'S IMMEDIATE DISCHARGE; WHICH HAS NOT OCCURRED IN FAVOR OF PLAINTIFF BEING WITH A CURRENT CLAIM OF DAMAGES, AND IS HERE BY REFERENCED, AS LISTED ON THE 'Autographed' PS Form 3811: **See FOLLOWING EXHIBIT**

James Bey Trust
c/o 3415 Herschel Rd
College Park, Georgia
Near [30337]

**EXHIBIT**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda Carter
   Dekalb County
   Clerk of Court
   556 N. McDonough St
   Ground Floor
   Decatur, GA 30030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Walter Schae[f]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: AUG 12 2010

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 2540 0379

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Thomas Brown -
   Dekalb County
   4415 Memorial Dr.
   Decatur, Georgia 30032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Kerri K.* ☐ Agent ☐ Addressee

B. Received by (Printed Name): *Kerri Kurtz*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0001 5557 9663

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

2 of 8

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA-ATLANTA DIVISION

JAMES BEY©™,

misnomer JAMES DEMARCO BOGAN©™,

Noble: James :Bey©™

*Plaintiff*

V.

STATE OF GEORGIA, HOSEA WILLIAMS BONDING CO.,
JUDGE TANGELA BARRIE, AND STATE OF GEORGIA'S
ASSOCIATED SOLICITOR 'ET AL'

*Defendant*

CASE FILE NO. 110-CV-1321

1 Section 9
Constitutional Habeas Corpus
O.C.G.A. § 1-2-1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 23 2010

JAMES N. HATTEN, CLERK
By: *[signature]* B. Brannon

---

## JUDICIAL NOTICE EXHIBIT(S)

---

**EXHIBIT KNOWLEDGE AND PROOF REFERENCING PLAINTIFF'S 'CHANGE OF ADDRESS',**

PRIOR COMMUNICATIONS WITH HOSEA BONDING COMPANY, WHEREIN, THE DOCUMENTATION THEY WERE PROVIDED WITH INCLUDED THAT KNOWLEDGE THEREOF, IN ACCORDANCE TO CONTRACT KNOWLEDGE FOR THEM TO RESPOND BACK TO THE NOTARY LOCATED AT THE RETURN ADDRESS OF AN ATTORNEY'S LAW FIRM, AS LISTED ON THE 'Autographed' PS Form 3811:

*See FOLLOWING EXHIBIT*

*James Bey Trust*
*c/o 3445 Herschel Rd*
*College Park, Georgia*
*Near [30337]*

3 of 8

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shanelle Downey*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Shanelle Downey   C. Date of Delivery: 3/19/10<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Hosea Bonding<br>3500 Kensington Rd.<br>Decatur GA 30032 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): RE 006 361 475 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

19 MAR 2010 PM 5

• Sender: Please print your name, address, and ZIP+4 in this box •

1934 Washington Rd.
East Point GA. 30344

154

4 of 8