IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES D. BEY<br>ex rel., James DeMarco Bogan (an Indigenous Aboriginal, Natural-Born Moorish American Man, proceeding "At Law"),<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE TANGELA M. BARRIE, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-1321-TWT |

### ORDER

This is a pro se civil rights action. It is before the Court on the Defendant Barrie's Motion to Dismiss [Doc. 13]. The Defendant has judicial immunity for her actions in the Plaintiff's state criminal case. The Defendant Barrie's Motion to Dismiss [Doc. 13] is GRANTED.

SO ORDERED, this 4 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Bey\10cv1321\dismiss.wpd