IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES D. BEY

    Plaintiff(s)

v.

Helan Peters, et al

    Defendant(s)

CIVIL ACTION NO.
1:10cv1321-TWT

## O R D E R

The above complaint (as amended) was filed on August 16, 2010. On November 5, 2011 the Court granted Judge Barrie's Motion to Dismiss. As of this date, this action has been pending for more than six months without any substantial proceedings of record, having been taken, IT IS THEREFORE

ORDERED that the above complaint is hereby DISMISSED without prejudice, pursuant to LR 41.3(3).

SO ORDERED, this 31st day of May, 2011.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        UNITED STATES DISTRICT JUDGE