UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES D. BEY,<br>　　　　Plaintiff,<br><br>vs.<br><br>HELAN PETERS, et al.<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 10-cv-1321-TWT |

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** pursuant to Local Rule 41.3(3).

Dated at Atlanta, Georgia, this 1st day of June, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: _____
　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 1, 2011
James N. Hatten
Clerk of Court
By: _____
　　　Deputy Clerk